**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

Ms. Alexander Holmes 21A1957

Plaintiff(s),

**COMPLAINT**
(Pro Se Prisoner)

v. Andrea Shiry Ann. ~~Thomas~~ Thompson

Jeffrey ~~Jeffery~~ Groder, Devan &
groder Law Firm

Defendant(s).

Detective. Kampervcen of
SVU in ~~Suffolk~~ Sulffolk County

**Case No.** 6:23-cu-585
(Assigned by Clerk's
Office upon filing)

**Jury Demand**
☑ Yes
☐ No

FILED
MAY 15 2023
U.S. DISTRICT COURT - N.D. OF N.Y.
AT ____ O'CLOCK
John M. Domurad. Clerk - Syracuse

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore **not** contain: an individual's social security number, taxpayer identification number, or birth date; the name of a person known to be a minor; or a financial account number. A filing may include *only*: the last four digits of a social security number or taxpayer-identification number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. *See* Fed. R. Civ. P. 5.2.

---

I.    **LEGAL BASIS FOR COMPLAINT**

This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution and laws of the United States. Indicate below the federal basis for your claims.

☑ 42 U.S.C. § 1983 (state, county, or municipal defendants)
☐ *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)
☐ Other (please specify) _____

## II.  PLAINTIFF(S) INFORMATION

Name: Ms. Alexander Holmes

Prisoner ID #: 21A1957

Place of detention: MiD State Correctional facility

Address: P.O. Box 2500

Marcy, NY, 13403

Indicate your confinement status when the alleged wrongdoing occurred:

☐ Pretrial detainee
☐ Civilly committed detainee
☑ Convicted and sentenced state prisoner Post ~~reat~~ release supervision
☐ Convicted and sentenced federal prisoner
☐ Immigration detainee

Provide any other names by which you are or have been known and any other identification numbers associated with prior periods of incarceration:

Chanel or ANÉ st

If there are additional plaintiffs, each person must provide all of the information requested in this section and must sign the complaint; additional sheets of paper may be used and attached to this complaint.

## III.  DEFENDANT(S) INFORMATION

Defendant No. 1: Jeffrey Groder
Name (Last, First)

Law firm Dewane & Groder
Job Title

114 old Country Road suite 345
Work Address

Mineola, NY 11501
City                State           Zip Code

Defendant No. 2: Detective. Micheal Kamperveen
Name (Last, First)

SVU Detective
Job Title

2

_unidentified special victims unit_

**Work Address**

_Suffolk_          _NY_          _N/A_

**City**              **State**          **Zip Code**

Defendant No. 3:    _Andrea Shirly Ann Thompson_

**Name (Last, First)**

_walmart cashier worker_

**Job Title**

_N/A_

**Work Address**

_Suffolk_          _NY_          _N/A_

**City**              **State**          **Zip Code**

Defendant No. 4:    _____

**Name (Last, First)**

_____

**Job Title**

_____

**Work Address**

_____

**City**              **State**          **Zip Code**

If there are additional defendants, the information requested in this section must be provided for each person; additional sheets of paper may be used and attached to this complaint.

## IV.    STATEMENT OF FACTS

State briefly and concisely the facts supporting your claims. Describe the events in the order they happened. Your statement of facts should include the following:

- The date(s) on which the events occurred
- Where these events took place (identify the facility and, if relevant, the specific location in the facility)

3

- How each defendant was involved in the conduct you are complaining about

If you were physically injured by the alleged misconduct, describe the nature of your injuries and the medical evaluation and treatment you were provided. You need not cite to case law or statutes or provide legal argument in the Statement of Facts. Use additional sheets of paper if necessary. In 2019 till 2020 Jeffrey Groder violated my rights before the courts at 262 old Country Road Mineola, NY, 11520 District Felony court house The Prosecutor A.D.A was presenting the CASE ~~Right to a speedy Preliminary hearing grand~~ the Grand Jury and signing a ~~Jury~~ waiver of My Right to a speedy preliminary hearing, grand Jury Presentation and speedy trial and improperly waived my Right to a felony exam and failed to adequately investigate potentially exculpatory evidence during course of the determination of How much I will be sentenced to while my case kept getting ~~a Jury a Jurned then~~ adjurned then held an a off the record conference with

The presiding Judge in Criminal proceedings and then conspired with the Assistant District Attorney to waive my rights to a speedy Preliminary hearing presentation to the grand Jury and a speedy trial.

## V.    STATEMENT OF CLAIM(S)

State briefly and concisely the constitutional and/or statutory basis for each claim you seek to assert and identify the defendant(s) against whom each claim is

Detective J. Kamperveen, Abused office by SVU in April 2019 Subjecting me to a arrest and dentention Mistreatment other infringement of personal and property Rights.

asserted. Commonly asserted claims include: excessive force; failure to protect; deliberate indifference to medical needs; unconstitutional conditions of confinement; denial of due process in a disciplinary or other proceeding; denial of equal protection; retaliation for the exercise of a First Amendment right; and interference with free exercise of religion. Legal argument and case citations are not required. Use additional sheets of paper if necessary.

I accuse Jeffrey Groder + Micheal Kamperveen

### FIRST CLAIM

§11.493 Tampering with or fabrication physical evidence with Atten intent to Conceal with perp a purpose to impair my verity + availabity ~~availati~~ in the proceeding in case and investigation

### SECOND CLAIM

I accuse Micheal Kamperveen of False imprisonment §11.404 unlawfully restraining me so as to interfere substantially with my Liberty

### THIRD CLAIM

Andrea shirly Ann Thompson I accuse her of §11.431 False reports (#) Sections (A) (B) and (2).

## VI.    RELIEF REQUESTED

State briefly what relief you are seeking in this case.

§4.100.060 Exoneree entitlement to compensation solely due to wrongful Convictions. of $500,000

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 2nd, 2023          ~~Mrs~~. Ms. Alexander Holmes #21A1957
Plaintiff's signature
(All plaintiffs must sign the complaint)

(revised 10/2/16)

5